**Fill in this information to identify your case:**

Debtor 1: Christopher M Perrone

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): 18-33372

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7   12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: M&t Bank<br>Description of property securing debt: 2015 Ford Escape 57000 miles | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: Monroe Savings Bank<br>Description of property securing debt: 464 Edgemont Drive Williamstown, NJ 08094 Gloucester County does not own land | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: Nationstar/mr Cooper<br>Description of property: 944 Kirk Road Williamstown, NJ 08094 Gloucester County | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

Debtor 1   Christopher M Perrone                                            Case number (if known)  18-33372

securing debt:

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Friendly Village MHP, LLC | ☐ No  ■ Yes |
| Description of leased Property: lot rent | |
| Lessor's name: Gm Financial | ■ No  ☐ Yes |
| Description of leased Property: Acct# 172212506 Opened 04/17 Lease  2017 Chevy Colorado | |
| Lessor's name: Hyundai Capital Americ | ☐ No  ■ Yes |
| Description of leased Property: Acct# 1814083628 Opened 08/18 Lease HYundia Elantra  co-signed for stepson | |
| Lessor's name: Vivint.solar | ■ No  ☐ Yes |
| Description of leased Property: Solar Panels on rental property | |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  /s/ Christopher M Perrone                                X _____
   Christopher M Perrone                                       Signature of Debtor 2
   Signature of Debtor 1

Date   January 31, 2019                                     Date